IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ISAIAH R. TAYLOR, III | § | |
| VS. | § | CIVIL ACTION NO. 1:15-CV-343 |
| J. PATRICIA WILSON SMOOT, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Isaiah R. Taylor, a federal inmate confined at USP Beaumont, proceeding *pro se*, filed this *Bivens*-type[1] complaint against defendants Chairman J. Patricia Wilson Smoot, Commissioner Patricia K. Cushwa, Commissioner Charles T. Massarone, the United States Parole Commission and the United States Department of Justice.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends defendants' 12(b)(6) motion to dismiss should be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**
**Sep 20, 2017**

_____
Ron Clark, United States District Judge